**No. 42063.**—Protests 927943–G, etc., of Cohn & Rosenberger Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of imitation pearl bead caps similar to those the subject of *Cohn* v. *United States* (C. D. 161). The claim at 60 percent under paragraph 218 (f) was therefore sustained.